IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:13CR3123 |
| Plaintiff, | **ORDER** |
| v. | |
| TERRY DILL, | |
| Defendant. | |

THIS MATTER comes before the Court on defendant's Motion to Continue Pretrial Motions Deadline, from January 2, 2014, until January 17, 2014. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant's deadline to file pretrial motions shall be continued until January 17, 2014.

This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's deadline to file pretrial motions. This Court further finds that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from January 2, 2014, until January 17, 2014 shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED this 2nd day of January, 2014.

BY THE COURT:

s/ Cheryl R. Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge