IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3123 |
| vs. | ORDER |
| TERRY L. DILL, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Count of Indictment (filing 76). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of Count I of the indictment, without prejudice.

IT IS ORDERED:

1. The jury trial scheduled for November 17, 2014 is canceled.

2. The plaintiff's Motion to Dismiss Count of Indictment (filing 76) is granted.

3. Count I of the indictment is dismissed without prejudice.

4. This case is closed.

Dated this 12th day of November, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge