IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TERRY L. DILL,<br><br>      Defendant. | 4:13-CR-3123<br><br>FINAL ORDER OF FORFEITURE |

   This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 80).

   On October 2, 2014, the Court entered a Preliminary Order of Forfeiture (filing 53) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to knowingly possessing or attempting to possess one or more items which contained visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the indictment. Filings 44, 49, and 50. By way of the Preliminary Order of Forfeiture, the defendant's interest in one 8 GB Samsung Galaxy Tab 3, Model GT-P3113GR, serial number RF2D10LS09M, was forfeited to the United States. Filing 53.

   As directed by the order, a Notice of Criminal Forfeiture was posted beginning on October 2, 2014, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 79) was filed on January 15, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

   IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 80) is granted.

2. All right, title, and interest in and to the 8 GB Samsung Galaxy Tab 3, Model GT-P3113GR, serial number RF2D10LS09M, held by any person or entity are forever barred and foreclosed.

- 2 -

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the personal property in accordance with law.

Dated this 15th day of January, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge