IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:13CR3123** |
| vs. | |
| TERRY L. DILL, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 96), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Saint Francis in Grand Island, Nebraska and participate in that facility's substance abuse treatment program. Provided Defendant has successfully completed treatment at Saint Francis, if consistent with the recommendation of his treatment provider, Defendant is allowed to transition to a halfway house.

> The defendant shall fully comply with the requirements of defendant's treatment plan, and all rules of the Saint Francis facility and any halfway house to which he transitions. If the defendant is discharged from the treatment facility or halfway house for any reason whatsoever, or leaves the premises of either location without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving a facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at Saint Francis in Grand Island, Nebraska by

11:00 a.m. on February 20, 2020. Defense counsel shall communicate with the Marshal to arrange for Defendant's release to the Federal Public Defenders Office for transport to Saint Francis.

February 18, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge